## CIESLER v. SYKES et al.

No. 27566.   July 16, 1940.

Rehearing Denied Sept. 10, 1940.

*105 P. 2d 229.*

Reuel W. Little, of Madill, for plaintiff in error.

Don Welch, of Madill, for defendants in error.

HURST, J.  This is a companion case to Ciesler v. Simpson, 187 Okla. 641, 105 P. 2d 227. The parties have filed a stipulation to the effect that the decision in that case shall be controlling in this case, and in accordance with that agreement the judgment appealed from is reversed, with directions to enter judgment for the defendant.

BAYLESS, C. J., and OSBORN, DAVISON, and DANNER, JJ., concur. RILEY and GIBSON, JJ., dissent. WELCH, V. C. J., and CORN, J., absent.